THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN VIVIANO and GIUSEPPE MILANESI, Appellants, Impleaded with Another.— Judgment affirmed. No opinion.   Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

RICHARD I. EPSTEIN, Appellant, v. LOUIS J. LAND, Respondent.— Judgment and order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

CONVERSE & COMPANY, Appellant, v. OTTO TIMME, Doing Business under the Firm Name and Style of E. F. TIMME & SON, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to serve an amended answer within twenty days upon payment of said costs and ten dollars costs of motion at Special Term, and upon compliance with the terms of the order appealed from. No opinion.   Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

BERTHA L. SEDLEY, Respondent, v. HARRY SMITH and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

HENRY WOODHOUSE, Individually and as Chairman of the Committee, etc., of the AERO CLUB OF AMERICA, etc., Appellant, v. AERO CLUB OF AMERICA and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs.   No opinion.   Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

BENJAMIN SCHULTZ, Respondent, v. JESSUP REALTY CO., INC., Appellant.— Judgment and order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

AUGUSTIN DERBY, as Trustee in Bankruptcy of OIL MARKETING Co., INC., Bankrupt, Appellant, v. C. L. MAGUIRE COMPANY, Respondent.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

WILLIAM D. MOORE, JR., Appellant, v. W. WILSON HERRICK and Others, Individually and as Copartners, etc., Respondents.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

KATE E. MORGAN, Appellant, Respondent, v. METROPOLITAN TRUST COMPANY OF THE CITY OF NEW YORK, as Executor, etc., of ALBERT J. MORGAN, Deceased, Respondent, Appellant.— Order affirmed, without costs, with leave to defendant to serve an amended answer within twenty days from service of order.   No opinion.   Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

T. W. GRIFFITH COMPANY, Respondent, v. BRONSTON BROS. & Co., INC., Appellant.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.